# UNITED STATES NAVY–MARINE CORPS
# COURT OF CRIMINAL APPEALS

_____

**No. 201800043**

_____

**UNITED STATES OF AMERICA**
Appellee

v.

**MARLO L. LOGWOOD**
Sergeant (E-5), U.S. Marine Corps
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel E. H. Robinson Jr., USMC.
Convening Authority: Commanding General, Marine Corps
Installations Pacific, Camp Foster, Okinawa, Japan.
Staff Judge Advocate's Recommendation: Lieutenant Colonel Alison L.
Daly, USMC.
For Appellant: Major David A. Peters, USMCR.
For Appellee: Brian K. Keller, Esq.

_____

Decided 29 May 2018

_____

Before MARKS, PRICE, and STINSON, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court